Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br>Defendant. | Case No.: 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Jessica DeMesa ("Plaintiff") and Defendant Treasure Island, LLC ("Defendant")[1] stipulate and agree that Defendant has up to and including December 10, 2018, to respond to Plaintiff's Complaint (ECF No. 1), to provide time to investigate Plaintiff's allegations and for Defendant to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, Defendant is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #18281851 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 21st day of November, 2018.

| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 E. Liberty Street<br>Reno, Nevada 89501<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES
DISTRICT/MAGISTRATE JUDGE

DATED: November 26, 2018