THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775)323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff Jessica DeMesa*
*(Other counsel listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TREASURE ISLAND, LLC,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT F.R.C.P. 26(f) CONFERENCE AND TO SUBMIT THE PROPOSED DISCOVERY AND SCHEDULING PLAN**<br><br>(First Request) |

Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed this action on October 17, 2018 (ECF No. 1). Service of the Complaint and Summons was made on Defendant through its general counsel on November 2,

- 1 –

STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT F.R.C.P. 26(f) CONFERENCE AND TO SUBMIT THE PROPOSED DISCOVERY AND SCHEDULING PLAN

2018 (ECF No. 5).

2. Defendant filed its Motion to Dismiss Complaint, or in the Alternative, for a Stay on December 10, 2018 (ECF No. 16), and its Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss on December 10, 2018 (ECF No. 17). Plaintiff's responses to both motions are currently due on December 24, 2018, just before the long holiday season.

3. The parties met and conferred and have entered into a Stipulation to Extend Briefing Deadlines Regarding Defendant's Motion to Dismiss Complaint, or in the Alternative, for a Stay, as well as Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss.

4. The parties further met and conferred and, based upon the stipulation to extend briefing deadlines regarding Defendant's pending motions, agree that the time to conduct an F.R.C.P. 26(f) conference should be extended for a period of sixty (60) days following the filing of Defendant's reply briefing in support of its pending motions.

5. The parties further agree that fourteen (14) days following the F.R.C.P. 26(f) conference, the parties shall submit the proposed discovery and scheduling plan.

6. The extension to conduct the F.R.C.P. 26(f) conference and submit the discovery and scheduling plan is being made in light of the holiday season and the pending stipulation to extend the time to respond to Defendant's pending motions and submit replies in support of said motions.

[*Remainder of page intentionally left blank*]

7. This is the first stipulation for such an extension of time and is made in good faith and not for purposes of delay.

DATED this 19th day of December, 2018.

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501<br><br>Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com<br><br>GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO CONDUCT F.R.C.P. 26(f) CONFERENCE AND TO SUBMIT THE PROPOSED DISCOVERY AND SCHEDULING PLAN**

**IT IS SO ORDERED.**

DATED: December __21__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 3 –

STIPULATION AND ORDER TO EXTEND TIME TO CONDUCT F.R.C.P. 26(f) CONFERENCE AND TO SUBMIT THE PROPOSED DISCOVERY AND SCHEDULING PLAN