THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775)323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff Jessica DeMesa*
*(Other counsel listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TREASURE ISLAND, LLC,<br><br>Defendant. | Case No. 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S:**<br><br>**1. MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY; and**<br><br>**2. MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**<br><br>(First Request) |

- 1 –

Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

1.  Plaintiff filed this action on October 17, 2018 (ECF No. 1). Service of the Complaint and Summons was made on Defendant through its general counsel on November 2, 2018 (ECF No. 5).

2.  Plaintiff and Defendant entered into a Stipulation to extend time for Defendant's response to Plaintiff's Complaint (ECF No. 6). In connection therewith, the Court entered an Order granting Defendant up to and including December 10, 2018 to file a response to Plaintiff's Complaint (ECF No. 7).

3.  Defendant filed its Motion to Dismiss Complaint, or in the Alternative, for a Stay on December 10, 2018 (ECF No. 16), and Plaintiff's response is currently due on December 24, 2018, just before the long holiday season.

4.  Defendant filed its Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss on December 10, 2018 (ECF No. 17), and Plaintiff's response is currently due on December 24, 2018, again, just before the long holiday season.

5.  Therefore, counsel for the parties have met and conferred and agree that Plaintiff shall have up to and including January 18, 2019, to file her response to Defendant's Motion to Dismiss Complaint, or in the Alternative, for a Stay, as well as her response to Defendant's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss.

6.  Counsel for the parties further agree that Defendant shall have up to and including February 11, 2019, to file its reply in support of its Motion to Dismiss Complaint, or in the Alternative, for a Stay, as well as its reply in support of its Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss.

7.  The extension to file the responses and reply briefs are being made in light of the

- 2 –

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S (1) MOTION TO DISMISS COMPLAINT; AND (2) MOTION TO STAY DISCOVERY

holiday season and that the pending motion is a potentially case-dispositive motion to dismiss coupled with a motion to stay, which requires careful analysis and extensive briefing.

8.  This is the first stipulation for such an extension of time and is made in good faith and not for purposes of delay.

DATED this 19th day of December, 2018.

| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David C. O'Mara<br>   David C. O'Mara, Esq.<br>   Nevada Bar No. 8599<br>   311 East Liberty Street<br>   Reno, Nevada 89501 | By: /s/ Stacy H. Rubin<br>   Joel E. Tasca, Esq.<br>   Nevada Bar No. 14124<br>   Stacy H. Rubin, Esq.<br>   Nevada Bar No. 9298<br>   1980 Festival Plaza Drive, Suite 900<br>   Las Vegas, Nevada 89135 |
| Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com | *Attorneys for Defendant* |
| GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com | |
| *Attorneys for Plaintiff* | |

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S (1) MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY; AND (2) MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**

**IT IS SO ORDERED.**

DATED: December __28__, 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 3 –