THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775)323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff Jessica DeMesa*
*(Other counsel listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND LLC, ,<br><br>Defendant. | Case No. 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY UNTIL CASE IS AT ISSUE**<br><br>(Second Request) |

STIPULATION AND ORDER TO STAY DISCOVERY UNTIL CASE IS AT ISSUE

Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed this action on October 17, 2018 (ECF No. 1). Service of the Complaint and Summons was made on Defendant through its general counsel on November 2, 2018 (ECF No. 5).

2. Defendant filed its Motion to Dismiss Complaint, or in the Alternative, for a Stay on December 10, 2018 (ECF No. 16), to which Plaintiff's response was due on December 24, 2018, just before the long holiday season. Defendant also filed its Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss on December 10, 2018 (ECF No. 17), to which Plaintiff's response was due on December 24, 2018, again, just before the long holiday season. In light of the foregoing, the parties filed a stipulation and order extending Plaintiff's deadline to file her response to both motions up to and including January 18, 2019, and Defendant's time to file its replies in support thereof up to and including February 11, 2019, which the Court entered (ECF No. 25).

3. The parties further met and conferred and, based upon the stipulation to extend briefing deadlines regarding Defendant's pending motions, agreed that the time to conduct an F.R.C.P. 26(f) conference should be extended for a period of sixty (60) days following the filing of Defendant's reply briefing in support of its pending motions. The parties further agreed that fourteen (14) days following the F.R.C.P. 26(f) conference, the parties shall submit the proposed discovery and scheduling plan. Court subsequently entered the parties stipulation on this matter (ECF No. 23).

4. Plaintiff has informed Defendant that Plaintiff intends to file an Amended Complaint on Friday, January 18, 2019, in response to the Motion to Dismiss, or in the Alternative, for a Stay. Plaintiff has also informed Defendant that Plaintiff is willing to stipulate that discovery be stayed until the case is at issue. The parties agree that the foregoing moots both pending motions. The parties further anticipate that Defendant will be filing a renewed Motion to Dismiss, or in the Alternative, for a Stay, in response to the Amended Complaint. It is anticipated

that this briefing will raise complex procedural and substantive issues as well as a constitutional question.

    5.    Counsel for the parties have agreed to the following schedule for Defendant's response to the Amended Complaint:

- February 25, 2019: Defendant's response to Amended Complaint due;
- March 18, 2019: Plaintiffs opposition brief due, in the event Defendant files a renewed motion to dismiss and/or stay; and
- April 1, 2019: Defendant's reply brief due.

The parties have concurrently filed a separate stipulation with the District Judge to enter this schedule.

    6.    In light of the foregoing, and for purposes of efficiency, the parties agree, subject to Court approval, that discovery shall be stayed until this case is at issue (*i.e.*, if and when Defendant files it's answer). The parties further agree that: (1) the time to conduct an F.R.C.P. 26(f) conference shall be extended for a period of sixty (60) days following the filing of Defendant's answer; and that (2) fourteen (14) days following the F.R.C.P. 26(f) conference, the parties shall submit the proposed discovery and scheduling plan.

    7.    The discovery stay and extension to conduct the F.R.C.P. 26(f) conference and submit the discovery and scheduling plan requested herein is being made to preserve resources given that Defendant's motions are potentially case dispositive.

8. This is the second stipulation for such an extension of time and is made in good faith and not for purposes of delay.

DATED this 17th day of January, 2019.

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501 | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com | *Attorneys for Defendant* |
| GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com | |
| *Attorneys for Plaintiff* | |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO CONDUCT F.R.C.P. 26(f) CONFERENCE AND TO SUBMIT THE PROPOSED DISCOVERY AND SCHEDULING PLAN**

**IT IS SO ORDERED.**

DATED: January 23, 2019

_____
UNITED STATES MAGISTRATE JUDGE