Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br>Defendant. | Case No.: 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY (ECF NO. 34)**<br>[First Request]   ECF No. 37 |

Plaintiff Jessica DeMesa ("Plaintiff") and Defendant Treasure Island, LLC ("Defendant") stipulate and agree that Defendant has up to and including April 8, 2019 to file its Reply Brief in Support of its Motion to Dismiss First Amended Complaint, or in the Alternative, For a Stay (ECF No. 34).

*[Continued on the following page.]*

DMWEST #36789641 v1

1  This extension of time is made in good faith due to the schedules and other
2  commitments of Defendant's counsel, and is not for purposes of delay.
3  DATED this 27th day of March, 2019.

| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501<br><br>Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br><br>GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br><br>*Attorneys for Plaintiff* | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 3, 2019