```
1  THE O'MARA LAW FIRM, P.C.
   David C. O'Mara, Esq (SBN 08599)
2  311 E. Liberty St.
   Reno, NV 89501
3  Telephone: (775)323.1321
4  Facsimile: (775) 323.4082
   E-mail: david@omaralaw.net
5
   *Attorneys for Plaintiff Jessica DeMesa*
6  *(Other counsel listed on Signature Page)*
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND LLC, ,<br><br>Defendant. | Case No. 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE TO DEFENDANT'S AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY**<br><br>(First Request)<br>[ECF No. 55] |

Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

1. Defendant filed, pursuant to Court Order, (ECF No. 53) its AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY (ECF No. 54) on Friday, July 26, 2019.

2. Counsel for both parties have met and conferred about the time frame to file their respective opposition and reply to the pending motion. In consideration of the parties' work schedules and previous vacation plans, counsel have agreed, subject to Court approval, to the following briefing schedule for the pending motion:

- August 29, 2019: Plaintiff's opposition brief is due;
- September 30, 2019:  Defendant's reply brief is due.

3. This is the first stipulation for such an extension of time and is made in good faith not for purposes of delay.

DATED this 31st day of July, 2019.

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501<br><br>Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com<br><br>GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ Stacy H. Rubin<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

### ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT'S AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY

**IT IS SO ORDERED.**

DATED: August 1, 2019

_____
U.S. District Judge Jennifer A. Dorsey

482737.1

1

STIPULATION AND ORDER SETTING BRIEFING SCHEDULE TO AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY