Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br><br>Defendant. | Case No.: 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF ITS AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY (ECF NO. 54)**<br><br>[First Request] |

Plaintiff Jessica DeMesa ("Plaintiff") and Defendant Treasure Island, LLC ("Defendant") stipulate and agree that Defendant has up to and including October 15, 2019, to file its Reply Brief in Support of its Amended Motion to Dismiss First Amended Complaint, or in the Alternative, For a Stay (ECF No. 54).

*[Continued on the following page.]*

DMWEST #38238408 v1

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

This extension of time is made in good faith due to the schedules and other commitments of Defendant's counsel, and is not for purposes of delay.

DATED this 27th day of September, 2019.

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501<br><br>Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br><br>GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br><br>*Attorneys for Plaintiff* | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF ITS AMENDED MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A STAY**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 30, 2019.

DMWEST #38238408 v1