# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA DEMESA,

    Plaintiff(s),

v.

TREASURE ISLAND, LLC,

    Defendant(s).

Case No. 2:18-cv-02007-JAD-NJK

**Order**

On July 29, 2020, this case was stayed pending a decision from the United States Supreme Court in *Facebook Inc. v. Duguid*. Docket No. 71. The Supreme Court issued that decision on April 1, 2021. *Facebook, Inc. v. Duguid*, 141 S.Ct. 1163 (U.S. Apr. 1, 2021). Accordingly, the parties are hereby **ORDERED** to file, by August 31, 2021, a joint status report and proposed schedule.

IT IS SO ORDERED.

Dated: August 17, 2021

_____
Nancy J. Koppe
United States Magistrate Judge