THE O'MARA LAW FIRM, P.C.
David C. O'Mara, Esq (SBN 08599)
311 E. Liberty St.
Reno, NV 89501
Telephone: (775)323.1321
Facsimile: (775) 323.4082
E-mail: david@omaralaw.net

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
E-mail: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff Jessica DeMesa*
*(Other counsel listed on Signature Page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated, ,<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND LLC,<br><br>Defendant. | Case No. 2:18-cv-02007-JAD-~~CWH~~ NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT AND PROPOSED SCHEDULE BY TWENTY-ONE (21) DAYS** |

STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT AND PROPOSED
SCHEDULE BY TWENTY-ONE (21) DAYS

Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

1. On July 29, 2020, the Court stayed this matter pending resolution of *Facebook Inc. v. Duguid*, 141 S.Ct. 1163 (U.S. Apr. 1, 2021).

2. On August 17, 2021, the Court lifted the stay and ordered the Parties to submit a joint status report and proposed schedule by August 31, 2021 (Dkt. 72).

3. Todd M. Friedman of the Law Offices of Todd M. Friedman P.C. will be substituting in as counsel for Plaintiff and taking over the matter in full going forward.

4. The Law Offices of Todd M. Friedman P.C. is working to coordinate with local counsel and proceed with a *pro hac vice* application so they may formally appear and prosecute this action.

5. Plaintiff seeks a three week extension to give time for Plaintiff's new counsel to further meet and confer with Defendant and prepare a joint scheduling order as well as coordinate with local counsel and have their *pro hac vice* applications granted.

6. The Parties stipulate and agree that the deadline to file the joint scheduling report as set forth in the Court's Order should be extended to September 21, 2021.

7. Good cause exists for the granting of this stipulation as providing this extension will allow the Parties to further discuss and present a cohesive scheduling order to the Court for its consideration.

8. This is the first stipulation for such an extension of time and is made in good faith and not for purposes of delay.

DATED this 23rd day of August, 2021.

THE O'MARA LAW FIRM, P.C.

By: /s/ David C. O'Mara
David C. O'Mara, Esq.
Nevada Bar No. 8599
311 East Liberty Street
Reno, Nevada 89501

Lionel Z. Glancy (admitted pro hac vice)
Marc L. Godino (admitted pro hac vice)
Danielle L. Manning (admitted pro hac vice)

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
Joel E. Tasca, Esq.
Nevada Bar No. 14124
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
E-mail:  info@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9156
Facsimile:  (310) 201-9160
E-mail:  mgreenstone@greenstonelaw.com

*Attorneys for Plaintiff*

**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT AND PROPOSED SCHEDULE BY TWENTY-ONE (21) DAYS**

**IT IS SO ORDERED.**

DATED: August 26, 2021

_____
UNITED STATES MAGISTRATE JUDGE