# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESSICA DEMESA,

    Plaintiff(s),

v.

TREASURE ISLAND, LLC,

    Defendant(s).

Case No. 2:18-cv-02007-JAD-NJK

**Order**

Pending before the Court is the parties' joint status report with a proposed schedule. Docket No. 75. The Court hereby **ORDERS** that Plaintiff must file a second amended complaint by October 1, 2021, and that Defendant must file a response to that second amended complaint by October 29, 2021.[1]

In addition, the Court notes that the parties' proposed schedule does not contemplate a need to engage in discovery. While the Court approved a stipulation to stay discovery nearly three years ago, Docket No. 32, it is not clear that such a stay should endure at this juncture based on (1) the arguments that Defendant intends to raise to challenge the second amended complaint, which may differ from those raised previously,[2] or (2) the current age of the case.[3] No later than November 23, 2021, either a joint proposed discovery plan or a request to continue the stay of discovery must

---

[1] To the extent the parties seek an extended briefing schedule on any motion to dismiss that is filed, such a request must be made through a separate filing. *See, e.g.*, Local Rule IC 2-2(b).

[2] It is well-settled that the mere pendency of a potentially dispositive motion is not grounds, standing alone, to stay discovery. *E.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Among other aspects of the governing standard, the Court must take a preliminary peek at the arguments raised in the underlying dispositive motion practice. *E.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 583 (D. Nev. 2013).

[3] The Court is guided by the desire to best effectuate the just, *speedy*, and inexpensive resolution of cases. *Kor Media Group*, 294 F.R.D. at 581.

1

be filed. To the extent a request to continue the stay of discovery is filed, it must include meaningful discussion as to how the governing standards are met regardless of whether the request is made by stipulation. *See Kor Media Group*, 294 F.R.D. at 581.

IT IS SO ORDERED.

Dated: September 22, 2021

_____
Nancy J. Koppe
United States Magistrate Judge