1  THE O'MARA LAW FIRM, P.C.
   David C. O'Mara, Esq (SBN 08599)
2  311 E. Liberty St.
   Reno, NV 89501
3  Telephone: (775)323.1321
4  Facsimile: (775) 323.4082
   E-mail: david@omaralaw.net
5
   *Attorneys for Plaintiff Jessica DeMesa*
6  *(Other counsel listed on Signature Page)*
7
                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF NEVADA**
9

10 | JESSICA DEMESA, as an individual and on behalf of all others similarly situated, , | Case No. 2:18-cv-02007-JAD-NJK |
11 | Plaintiff, | **STIPULATION AND ORDER TO PROVIDE LEAVE TO FILE SECOND AMENDED COMPLAINT** |
12 | v. | |
13 | TREASURE ISLAND LLC, | |
14 | Defendant. | |

1 | Plaintiff Jessica Demesa and Defendant Treasure Island, LLC, by and through their respective counsel, hereby stipulate and agree as follows:

2. 1. On September 22, 2021, the Court granted the Parties request in their joint status report and gave leave for a Second Amended Complaint to be filed by October 1, 2021 and Defendant to file a response by October 29, 2021 [Dkt. 76].

2. Due to an inadvertent systems error, Plaintiff's counsel did not receive notice of the entry of this Order until they pulled the docket on October 13, 2021 and saw the Order.

3. Whereas, Plaintiff has drafted and is prepared to file the Second Amended Complaint and the Parties request the Court grant leave and adjust the dates to reflect the later filing.

4. Whereas, the Parties stipulate and agree that Plaintiff shall file his Second Amended Complaint by October 18, 2021 and Defendant shall files its responsive pleading by November 15 2021.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

[*continued on next page*]

1
STIPULATION AND ORDER TO PROVIDE LEAVE TO FILE SECOND AMENDED COMPLAINT

5. Plaintiff's counsel apologizes for the inadvertent delay.

DATED this 15th day of October, 2021.

| | |
|---|---|
| THE O'MARA LAW FIRM, P.C. | BALLARD SPAHR LLP |
| By: /s/ David C. O'Mara<br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501 | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| Lionel Z. Glancy (admitted pro hac vice)<br>Marc L. Godino (admitted pro hac vice)<br>Danielle L. Manning (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>E-mail: info@glancylaw.com | *Attorneys for Defendant* |
| GREENSTONE LAW APC<br>Mark S. Greenstone (admitted pro hac vice)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9156<br>Facsimile: (310) 201-9160<br>E-mail: mgreenstone@greenstonelaw.com | |

*Attorneys for Plaintiff*

## ORDER GRANTING STIPULATION AND ORDER TO PROVIDE LEAVE TO FILE SECOND AMENDED COMPLAINT

**IT IS SO ORDERED.**

DATED: October __18__, 2021

_____
UNITED STATES MAGISTRATE JUDGE