Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> TREASURE ISLAND, LLC, <br>        Defendant. | Case No.: 2:18-cv-02007-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT (ECF NO. 81)** <br><br> [First Request] |

Plaintiff Jessica DeMesa ("Plaintiff") and Defendant Treasure Island, LLC ("Defendant") stipulate and agree that Defendant has up to and including December 6, 2021, to file a response to Plaintiff's Second Amended Complaint (ECF No. 81).

*[Continued on the following page.]*

1  This extension of time is made in good faith due to the schedules and other
2  commitments of Defendant's counsel, and is not for purposes of delay.
3  DATED this 10th day of November, 2021.

| LAW OFFICES OF TODD M. FRIEDMAN P.C. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Tom E. Wheeler<br>Tom E. Wheeler, Esq.<br>(admitted pro hac vice)<br>21031 Ventura Blvd. Suite 340<br>Woodland Hills, CA 91364 | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135 |
| THE O'MARA LAW FIRM, P.C.<br><br>David C. O'Mara, Esq.<br>Nevada Bar No. 8599<br>311 East Liberty Street<br>Reno, Nevada 89501 | *Attorneys for Defendant* |

Lionel Z. Glancy (admitted pro hac vice)
Marc L. Godino (admitted pro hac vice)
Danielle L. Manning (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

GREENSTONE LAW APC
Mark S. Greenstone (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT (ECF NO. 81)

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: November 12, 2021

2