Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br>    Defendant. | Case No.: 2:18-cv-02007-JAD-NJK<br><br>JOINT MOTION TO EXTEND TIME TO FILE JOINT DISCOVERY PLAN OR REQUEST TO CONTINUE STAY OF DISCOVERY<br><br>First Request |

On September 22, 2021, this court granted the parties stipulation to extend time for plaintiff to file a second amended complaint and ordered the parties to file "either a joint proposed discovery plan or a request to continue the stay of discovery" by November 23, 2021. *See* ECF No. 76 1–2 ("Order").  The parties have attempted to meet and confer to align their discovery position and present a joint discovery plan to the court.  However, lead counsel for the plaintiff has been out of the country in advance of the Thanksgiving holiday weekend, and despite the parties' good faith efforts, they have been unable to meet and confer.  Accordingly, the parties respectfully request an extension until Tuesday, December 7, 2021, to submit a joint discovery plan or request to continue the stay of discovery.  This additional time will allow the parties to meet and confer and, if necessary, provide a meaningful discussion of the factors set out in *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 583 (D. Nev. 2013).  This is the parties' first request to extend time to file a joint proposed discovery plan or request to continue the stay of discovery.

DMFIRM #400635473 v1

DATED this 23rd day of November, 2021.

| | |
|---|---|
| LAW OFFICES OF TODD M. FRIEDMAN P.C. | BALLARD SPAHR LLP |
| By: /s/ Tom E. Wheeler<br>    Tom E. Wheeler, Esq.<br>    (admitted pro hac vice)<br>    21031 Ventura Blvd. Suite 340<br>    Woodland Hills, CA 91364 | By: /s/ Joel E. Tasca<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    1980 Festival Plaza Drive<br>    Suite 900<br>    Las Vegas, Nevada 89135 |
| THE O'MARA LAW FIRM, P.C. | *Attorneys for Defendant* |

David C. O'Mara, Esq.
Nevada Bar No. 8599
311 East Liberty Street
Reno, Nevada 89501

Lionel Z. Glancy (admitted pro hac vice)
Marc L. Godino (admitted pro hac vice)
Danielle L. Manning (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

GREENSTONE LAW APC
Mark S. Greenstone (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Attorneys for Plaintiff*

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED.
Dated: November 24, 2021

_____
United States Magistrate Judge

DMFIRM #400635473 v1    2