# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, <br>       Plaintiff(s), <br> v. <br> TREASURE ISLAND, LLC, <br>       Defendant(s). | Case No. 2:18-cv-02007-JAD-NJK <br><br> **Order** <br><br> [Docket No. 90] |

Pending before the Court is a joint motion to stay discovery pending resolution of Defendant's motion to dismiss. Docket No. 90; *see also* Docket No. 89 (motion to dismiss); Docket No. 97 (response to motion to dismiss). Considering the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is appropriate in this case. Accordingly, the joint motion to stay discovery is **GRANTED**.

In the event resolution of the motion to dismiss does not result in the ending of this case, a joint proposed discovery plan must be filed within 14 days of the issuance of that order.

IT IS SO ORDERED.

Dated: December 21, 2021

                                                                  Nancy J. Koppe <br>
                                                                  United States Magistrate Judge