Joel E. Tasca, Esq.
Nevada Bar No. 14124
Andrew S. Clark, Esq.
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA DEMESA, as an individual and on behalf of all others similarly situated.<br><br>        Plaintiff,<br><br>v.<br><br>TREASURE ISLAND, LLC,<br>        Defendant. | Case No.: 2:18-cv-02007-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 97)**<br><br>[First Request] |

Plaintiff Jessica DeMesa and Defendant Treasure Island, LLC stipulate and agree that Defendant has up to and including January 10, 2022, to file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Second Amended Complaint (ECF No. 97), currently due December 27, 2021. This extension of time is made in good faith due to the holiday schedules and other commitments of Defendant's counsel, and is not for purposes of delay.

DMFIRM #401011169 v1

DATED this 20th day of December, 2021.

LAW OFFICES OF TODD M. FRIEDMAN P.C.

By: /s/ Tom E. Wheeler
Tom E. Wheeler, Esq.
(admitted pro hac vice)
21031 Ventura Blvd. Suite 340
Woodland Hills, CA 91364

THE O'MARA LAW FIRM, P.C.

David C. O'Mara, Esq.
Nevada Bar No. 8599
311 East Liberty Street
Reno, Nevada 89501

Lionel Z. Glancy (admitted pro hac vice)
Marc L. Godino (admitted pro hac vice)
Danielle L. Manning (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

GREENSTONE LAW APC
Mark S. Greenstone (admitted pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Attorneys for Plaintiff*

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
Joel E. Tasca, Esq.
Nevada Bar No. 14124
1980 Festival Plaza Drive
Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant*

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 97)**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: December 27, 2021