AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jessica DeMesa, as an individual and on behalf of all others similarly situated,
        Plaintiff,

v.

Treasure Island, LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02007-JAD-NJK

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is in favor of Defendant Treasure Island, LLC, and against Plaintiff Jessica DeMesa, as an individual and on behalf of all others similarly situated, with prejudice.

6/2/2022
Date

DEBRA K. KEMPI
Clerk

Y. Williams
Deputy Clerk